Case 06-23321   Filed 10/27/06   Doc 48



FILED

OCT 27 2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 06-23321-D-11
)
SECOND CHANCE INTERNATIONAL )
HOLDING, )
)
        Debtors. )
_____ )

### MEMORANDUM OF DECISION

    Second Chance International Holding ("SCIH") filed a Chapter 11 Petition on August 28, 2006. Susan Smith was appointed as Chapter 11 Trustee on October 24, 2006. Notwithstanding that SCIH is no longer a debtor-in-possession, SCIH requests the court approve the employment of counsel to represent it and to have counsel's fees paid by the estate as an administrative expense.

    The applicable provisions of the Bankruptcy Code dealing with employment of professionals, including attorneys, are Bankruptcy Code § 327 through § 331. Bankruptcy Code § 330 allows a trustee to employ professionals under § 327 of the Code and further provides that court approved fees may be paid as an administrative expense. In light of the fact that a trustee has been appointed and SCIH is no longer a debtor-in-possession, SCIH does not have standing to employ counsel on behalf of the estate. For the reasons stated the

1 | Application to Employ Counsel will be denied.  The court will issue
2 | an order consistent with this memorandum.
3 |
4 | Dated:    OCT 2 7 2006            *Robert Bardwil*
  |                                   Robert S. Bardwil
5 |                                   United States Bankruptcy Judge

| | |
|---|---|
| 1 | **CERTIFICATE OF MAILING** |
| 2 | I, Andrea Lovgren, in the performance of my duties as Deputy |
| 3 | Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail and |
| 4 | by facsimile transmission a true copy of the attached document to |
| 5 | each of the parties listed below: |
| 6 | Office of the US Trustee<br>501 "I" Street, Suite 7-500 |
| 7 | Sacramento, CA 95814 |
| 8 | Susan Smith<br>7485 Rush River Dr., #710-PMB218 |
| 9 | Sacramento, CA 95831 |
| 10 | Bert Vega<br>506 Sacramento Street |
| 11 | Vallejo, CA 94590 |
| 12 | |
| 13 | Second Chance International Holding<br>P.O. Box 5039 |
| 14 | Vallejo, CA 94590 |
| 15 | DATE:   OCT 2 7 2006 |
| 16 | _Andrea Lovgren_<br>Deputy Clerk |